**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LUKAS BENSIMON GONZALES-BAER,**  <br><br>           **Plaintiff,**  <br><br>vs.  <br><br>**ANDREW M. SAUL,**  <br>**Commissioner of Social Security,**  <br><br>           **Defendant.** | **Case No. 21-1026-DDC** |

**MEMORANDUM AND ORDER**

On January 28, 2021, plaintiff filed a Complaint against the Commissioner of the Social Security Administration.  Doc. 1.  The Complaint seeks judicial review under 42 U.S.C. § 405(g) of a decision of the Commissioner of the Social Security Administration denying benefits.  *Id.* at 1–2.  Plaintiff also has moved for leave to file this action *in forma pauperis*.  Doc. 4.  Plaintiff has submitted an affidavit of financial status supporting the request.  *See id.* at 2–7.

Under 28 U.S.C. § 1915(a)(1), the court may authorize a person to commence an action without prepayment of fees after submitting an affidavit demonstrating an inability to pay.  The court has broad discretion to grant or deny permission to proceed *in forma pauperis*.  *United States v. Garcia*, 164 F. App'x 785, 786 n.1 (10th Cir. 2006).  But the court cannot act arbitrarily or deny an application on erroneous grounds.  *Id.*  "'[T]o succeed on a motion to proceed [*in forma pauperis*], the movant must show a financial inability to pay the required filing fees . . . .'"  *Id.* (quoting *Lister v. Dep't of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005)).

After reviewing plaintiff's financial affidavit, the court finds that plaintiff has made a sufficient showing that plaintiff is unable to pay the required filing fees.  The court thus grants

2

plaintiff's request for leave to file this action without payment of fees, costs, or security under 28 U.S.C. § 1915(a)(1).

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's Application for Leave to File Action Without Payment of Fees, Costs, or Security (Doc. 4) is granted.  The Clerk shall prepare a summons under Federal Rule of Civil Procedure 4 on plaintiff's behalf.  The Clerk shall issue the summons to the United States Marshal or Deputy Marshal, who the court appoints under Federal Rule of Civil Procedure 4(c)(3), to effect service.

**IT IS SO ORDERED.**

Dated this 10th day of February, 2021, at Kansas City, Kansas.

        **s/ Daniel D. Crabtree**
        **Daniel D. Crabtree**
        **United States District Judge**